**Terence M. Fenelon 03126087**
**Law Offices of Terence M. Fenelon**
**445 W. Jackson # 107**

**Naperville, IL**

**(630)717-1255**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor: **Eric Thomas Honea**
Social Security Number: **xxx-xx-0672**

Case No:

Chapter **13**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **AOL Platinum**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | **Unsecured Claims** | **$ 10,436.34** |
| 2. | **Bank One**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | **Unsecured Claims** | **$ 24,342.07** |
| 3. | **Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | **Unsecured Claims** | **$ 10,168.19** |
| 4. | **Capital One**<br>**P.O. Box 85015**<br>**Richmond, VA 23285-5015** | **Unsecured Claims** | **$ 7,285.88** |
| 5. | **Chase Platinum**<br>**P.O. Box 52195**<br>**Phoenix, AZ 8t072-2195** | **Unsecured Claims** | **$ 14,310.56** |

In re: **Eric Thomas Honea**
**Beyth Honea**

Case No. ____________________

| | | | |
|---|---|---|---|
| 6 . | **CitiBusiness Card**<br>**P.O. Box 6309**<br>**The Lakes, NV 88901-6309** | **Unsecured Claims** | **$ 3,623.66** |
| 7 . | **Discover Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130--0395** | **Unsecured Claims** | **$ 9,306.77** |
| 8 . | **Edward Hines Lumber**<br>**P.O. Box 5255**<br>**Naperville, IL 60567** | **Unsecured Claims** | **$ 347.00** |
| 9 . | **Firestone Credit First NA**<br>**P.O. Box 81083**<br>**Cleveland, OH 44181-0083** | **Unsecured Claims** | **$ 147.05** |
| 10 . | **Fleet** | **Unsecured Claims** | **$ 0.00** |
| 11 . | **Fleet**<br>**c/o Bank of America**<br>**P.O. Box 1070**<br>**Newark, NJ 07101-1070** | **Unsecured Claims** | **$ 19,728.15** |
| 12 . | **Fleet**<br>**c/o Credit Card Services**<br>**P.O. Box 1070**<br>**Newark, NJ 07101-1070** | **Unsecured Claims** | **$ 2,957.23** |
| 13 . | **Home Depot**<br>**P.O. Box 9100**<br>**Des Moines, IA 50368-9100** | **Unsecured Claims** | **$ 1,160.35** |
| 14 . | **HSBC/Menards**<br>**P.O. Box 4160**<br>**Carol Stream, IL 60197-4160** | **Unsecured Claims** | **$ 682.85** |

In re: **Eric Thomas Honea**
**Beyth Honea**

Case No. ____________________

| No. | Creditor | Claim Type | Amount |
|---|---|---|---|
| 15. | **MBNA**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | **Unsecured Claims** | **$ 3,797.37** |
| 16. | **MBNA**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886-5137** | **Unsecured Claims** | **$ 37,496.81** |
| 17. | **U.S. National Bank**<br>**P.O. Box 790409**<br>**St. Louis, MO 63179-0409** | **Unsecured Claims** | **$ 10,436.34** |
| 18. | **VJ Losito DDS**<br>**1940 W Galena Blvd**<br>**Aurora, IL 60506** | **Unsecured Claims** | **$ 468.00** |

In re: **Eric Thomas Honea**
**Beyth Honea**

Case No. ____________________

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Eric Thomas Honea**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature: ________________________________________
Eric Thomas Honea

Dated: ______________________________

FORM B1

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Honea, Eric Thomas** | **Honea, Beyth** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): **xxx-xx-0672** | Soc. Sec./Tax I.D. No. (if more than one, state all): **xxx-xx-8262** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **2512 Bordeaux Lane, Number 107, Naperville, IL 60540** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: **DuPage** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)
☐ Corporation
☐ Partnership
☐ Other ______
☐ Railroad
☐ Stockbroker
☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business
☐ Business

**Filing Fee** (Check one box)

☑ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installment Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Estimated Debts | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtors:
**Eric Thomas Honea**
**Beyth Honea**



**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **NONE** | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **NONE** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____________________
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

____________________
Telephone Number (If not represented by attorney)

____________________
Date

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

____________________
Print or Type Name of Authorized Individual

____________________
Title of Authorized Individual

____________________
Date

### Signature of Attorney

X ____________________
Signature of Attorney for Debtor(s)

**Terence M. Fenelon, 03126087**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Terence M. Fenelon**
Firm Name

**445 W. Jackson # 107**
Address

**Naperville, IL**

**(630)717-1255**
Telephone Number

____________________
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provide the debtor with a copy of this documen

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

____________________
Social Security Number

____________________
Address

____________________

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

____________________
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fine or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ____________________
Signature of Attorney for Debtor(s) Date